# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**STRYKER EUROPEAN OPERATIONS HOLDINGS LLC,**
*Appellant,*

v.

**OSTEOMED, LLC,**
*Appellee.*

———————

2023-2397, 2023-2398

———————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00487 and IPR2022-00488

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

## APPELLANT'S CERTIFICATE OF INTEREST

The undersigned counsel of record for Appellant hereby certifies the following in compliance with Federal Circuit Rule 47.4:

1. The full name of every party represented by me is:

    Stryker European Operations Holdings LLC.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Stryker Corporation.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

    Stryker Corporation.

4. The names of all law firms and the partners or associates that have appeared for the party or amicus now represented by me in the trial court or agency or are now expected to appear in this court are:

    **McAndrews, Held & Malloy, Ltd.**: Sharon A. Hwang, Robert A. Surrette, Scott P. McBride, and Sean C. Sparrow.

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal:

    *OsteoMed LLC v. Stryker Corporation and Howmedica Osteonics Corporation*, No. 1:20-cv-06821 (N.D. Ill.)

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant files this unopposed motion for extension of time and respectfully requests an eight-day extension, until May 24, 2024, to file its Reply Brief.

### A. Current Deadline

Appellant's Reply Brief is currently due on May 16, 2024.

### B. Reason for Extension

There is good cause for granting the motion. An eight-day extension is appropriate in view of scheduling conflicts with deadlines in other matters being handled by Appellant's counsel. Appellant has not previously asked for an extension relating to its Reply.

### C. No Opposition

Appellee has indicated that it is not opposed to the requested extension, which is sought so that justice may be done in the disposition of this appeal and is not sought for purposes of delay.

PRAYER

For these reasons, Appellant respectfully requests that this unopposed first motion for extension of time be granted and that the time for filing Appellant's Reply Brief be extended from the current deadline of May 16, 2024 until and including May 24, 2024. Appellant further requests all such other relief to which they may be justly entitled.

Respectfully submitted,

Dated: May 1, 2024

*/s/ Sharon A. Hwang*
SHARON A. HWANG
ROBERT A. SURRETTE
SCOTT P. MCBRIDE
SEAN C. SPARROW
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street, Suite 3400
Chicago, Illinois 60661
(312) 775-8000
shwang@mcandrews-ip.com
bsurrette@mcandrews-ip.com
smcbride@mcandrews-ip.com
ssparrow@mcandrews-ip.com

*Counsel for Appellant*

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 1, 2024, I conferred with counsel the Appellee, who respectively stated that the Appellee is not opposed to the relief sought herein.

*/s/ Sean C. Sparrow*
Sean C. Sparrow

## ECF CERTIFICATION

I hereby certify that (i) the required privacy redactions have been made pursuant to Federal Rule of Civil Procedure 5.2; (ii) the electronic submission is an exact copy of the paper document; (iii) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses; and (iv) the paper document will be maintained for three years after the mandate or order closing the case issues.

*/s/ Sean C. Sparrow*
Sean C. Sparrow

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because:

   ■ this motion contains 392 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(a)(7)(B)(i).

2. This motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because:

   ■ this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14 point Times New Roman font.

*/s/ Sean C. Sparrow*
Sean C. Sparrow

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  May 1, 2024
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Sharon A. Hwang | /s/ Sharon A. Hwang |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | McAndrews, Held & Malloy, Ltd. |
| Address | 500 W. Madison Street, 34th Floor |
| City, State, Zip | Chicago, Illinois 60661 |
| Telephone Number | 312-775-8000 |
| Fax Number | 312-775-8100 |
| E-Mail Address | smcbride@mcandrews-ip.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields