FORM 32. Response to Notice to Advise of Scheduling Conflicts    Form 32
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2023-2397 and 2023-2398

**Short Case Caption:** Stryker European Operations Holdings LLC v. OsteoMed LLC

**Party Name(s):** Stryker European Operations Holdings LLC

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

### Argument Waiver    ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

### Other Parties Representing Interests

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel** | Sharon A. Hwang

### Dates Unavailable

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☒ Yes    ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

FORM 32. Response to Notice to Advise of Scheduling Conflicts　　　　　　　　　　Form 32
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

| **Potential Case Conflicts** |
| --- |
| Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue? |
| ☒ Yes　　　　☐ No |
| If yes, attach a separate sheet listing those cases. |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 10/10/2024　　　　　　Signature: /s/ Sharon A. Hwang

　　　　　　　　　　　　　　Name: Sharon A. Hwang

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2023-2397 and 2023-2398

**Short Case Caption:** Stryker European Operations Holdings LLC v. OsteoMed LLC

**Party Name(s):** Stryker European Operations Holdings LLC

### Dates Unavailable

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

January 6-10, 2025: Arguing counsel has a pre-planned overseas vacation with extended family (including elderly/disabled relatives who will primarily be under her care) from 12/21/24-1/3/25. Given the number of consolidated appeals and companion cases, counsel would appreciate having time to adequately prepare for the consolidated appeals upon returning home.

### Potential Case Conflicts

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

2023-1925; -1926; -1928; -1929; -1979; -2010; -2011; -2012 (Consolidated) – Briefing complete, Date of Oral Argument TBD

23-1925 and 23-2397 are considered companion cases and assigned to the same merits panel, pursuant to the notice dated 9/25/23. Stryker European Operations Holdings LLC would be amenable to having the oral arguments on the same day.